# Court of Appeals
# of the State of Georgia

ATLANTA, December 12, 2022

*The Court of Appeals hereby passes the following order:*

**A23D0166. DEWYAN FITZGERALD v. ATL21WR OWNER LLC d/b/a NORTHCREST APARTMENTS.**

Dewyan Fitzgerald filed a pleading in this Court, which was docketed as an application for discretionary appeal. It is clear from the filing that Fitzgerald seeks to appeal a November 29, 2022 order canceling a lis pendens.

It appears that the trial court's order is directly appealable. "[A] pretrial order granting a motion to cancel a notice of lis pendens falls within the small class of cases that [the collateral order doctrine] has placed beyond the confines of the final-judgment rule," and "such orders are directly appealable." *Scroggins v. Edmondson*, 250 Ga. 430, 432 (1) (c) (297 SE2d 469) (1982) (citation and punctuation omitted). See also *Hutson v. Young*, 255 Ga. App. 169, 170 (564 SE2d 780) (2002).We also note that no provision of OCGA § 5-6-35 (a) relating to discretionary appeals appears to apply to the order Fitzgerald seeks to appeal.

We will grant a timely application for discretionary appeal if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Accordingly, this application is hereby GRANTED. Fitzgerald shall have ten days from the date of this order to file a notice of appeal with the trial court. If he has already filed a notice of appeal in the trial court, he need not file a second notice. See *Wannamaker v. Carr*, 257 Ga. 634, 635 (1) (362 SE2d 53) (1987).

The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* __12/12/2022__

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*